JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES ONLY TO:**<br><br>*Mendieta, Vanessa Bendana and Pardo, Carlos v. Ford Motor Company, et al.*, No. 2:18-cv-07789-AB | Case No. 2:18-ml-2814-AB (PVC)<br>Case No. 2:18-cv-07789-AB<br><br>Assigned to the Honorable André Birotte Jr.<br><br>[~~PROPOSED~~] **JUDGMENT** |

Judgment is entered as follows:

WHEREAS on April 20, 2023, Defendant Ford Motor Company filed a Motion for Summary Judgment as to Plaintiffs' breach of express warranty claims, breach of implied warranty claims, and fraud claims.

WHEREAS on June 15, 2023, the Court determined it would rule on the Motion for Summary Judgment without oral argument.

WHEREAS on August 30, 2023, the Court issued a minute order granting Ford's Motion for Summary Judgment in full as to all of Plaintiffs' claims.

WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Judgment is entered in favor of Defendant Ford Motor Company on Plaintiffs Vanessa Bendana Mendieta's and Carlos Pardo's claims in this action in their entirety;
2. Plaintiffs are entitled to recover nothing from Ford Motor Company;
3. Ford Motor Company is the prevailing party; and
4. Ford Motor Company is entitled to recover its costs of suit, pursuant to Fed. R. Civ. P. 54.

Dated: September 22, 2023

Honorable André Birotte Jr.
United States District Court Judge